Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–15684–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jeffrey W. Pierce
76 Laurel Heights Drive
Bridgeton, NJ 08302

Barbara A. Pierce
76 Laurel Heights Drive
Bridgeton, NJ 08302

Social Security No.:
xxx–xx–3955

xxx–xx–9464

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 29, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 36 – 35
Order Granting Application for Extension of Loss Mitigation (Related Doc # 35). Loss Mitigation Period Extended to: 1/27/2020. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/29/2019. (kvr)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 29, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Jeffrey W. Pierce
Barbara A. Pierce
    Debtors

Case No. 19-15684-JNP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Oct 29, 2019
                   Form ID: orderntc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2019.
db/jdb       +Jeffrey W. Pierce,   Barbara A. Pierce,   76 Laurel Heights Drive,   Bridgeton, NJ 08302-3646
lm         Shellpoint Mortgage Servicing,   Sandra McCay,   PO BOX 10826,   Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2019                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2019 at the address(es) listed below:
      Christopher M. McMonagle   on behalf of Creditor   The Bank of New York Mellon, et al cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
      Denise E. Carlon   on behalf of Creditor   Terwin Advisors LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Elizabeth K. Holdren   on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-1 eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com
      Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Kevin Gordon McDonald   on behalf of Creditor   Terwin Advisors LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Seymour Wasserstrum   on behalf of Joint Debtor Barbara A. Pierce mylawyer7@aol.com, ecf@seymourlaw.net
      Seymour Wasserstrum   on behalf of Debtor Jeffrey W. Pierce mylawyer7@aol.com, ecf@seymourlaw.net
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
      William Edward Miller   on behalf of Creditor   The Bank of New York Mellon, et. al. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                                                                                                                        TOTAL: 9