| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Jeffrey W. Pierce<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–3955<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Barbara A. Pierce<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–9464<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    3/20/19 |
| Case number: | 19–15684–JNP | Date case converted to chapter: | 7    2/25/20 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jeffrey W. Pierce | Barbara A. Pierce |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 76 Laurel Heights Drive<br>Bridgeton, NJ 08302 | 76 Laurel Heights Drive<br>Bridgeton, NJ 08302 |
| 4. | **Debtor's attorney**<br>Name and address | Seymour Wasserstrum<br>Law Offices of Seymour Wasserstrum<br>205 West Landis Avenue<br>Vineland, NJ 08360 | Contact phone (856) 696–8300<br><br>Email: mylawyer7@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrew Sklar<br>1200 Laurel Oak Road<br>Suite 102<br>Voorhees, NJ 08043 | Contact phone 856–258–4050 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 401 Market Street  Camden, NJ 08102  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 856–361–2300  Date: 2/25/20 |
| **7.** | **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 17, 2020 at 10:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, Room 2200, Camden, NJ 08101** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9).  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 6/16/20** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                   Case No. 19-15684-JNP
Jeffrey W. Pierce                                                        Chapter 7
Barbara A. Pierce
        Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Feb 25, 2020
                               Form ID: 309A               Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db/jdb         +Jeffrey W. Pierce,    Barbara A. Pierce,    76 Laurel Heights Drive,    Bridgeton, NJ 08302-3646
518131784      +Ambulatory Care Center,    1133 East Chestnut Avenue,    Vineland, NJ 08360-5054
518131787       Central Credit Services,    P.O. Box 15118,   Re: Radius,    Jacksonville, FL 32239-5118
518131789      +Debt Recovery Solutions,    PO Box 9001,   C/O Verizon,    Westbury, NY 11590-9001
518131791       Diversified Consultants,    PO Box 391,   Southgate, MI 48195
518131795       Lab Corp,   PO Box 2240,    Burlington, NC 27216-2240
518166055      +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
518131796       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
518131799      +PNC Bank,    2730 Liberty Ave,   Pittsburgh, PA 15222-4747
518270512      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
518131797      +Pain Specialists, PA,    1907 New Road,   Northfield, NJ 08225-1544
518131798      +Parker McCay,    9000 Midlantic Drive suite 300,    PO Box 5054,   Mount Laurel, NJ 08054-5054
518131804     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518131801      +Seashore Ambulatory Surgery Center,    1907 New Road,    Northfield, NJ 08225-1545
518131802       Shellpoint Mortgage Servicing,    PO Box 10826,   Greenville, SC 29603-0826
518440478      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518440479      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
518271134       The Bank of New York Mellon,    NewRez LLC d/b/a Shellpoint Mortgage Ser,    P.O. Box 10826,
                 Greenville, SC 29603-0826
518131806      +The Bank of New York Mellon,    400 Bellevue Pkwy,    Wilmington, DE 19809-3710
518131807       Triad Financial,    7755 Center Ave #1190,   Huntington Beach, CA 92647-3007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mylawyer7@aol.com Feb 25 2020 23:57:28      Seymour Wasserstrum,
                 Law Offices of Seymour Wasserstrum,    205 West Landis Avenue,    Vineland, NJ  08360
tr             +EDI: BASKLAR.COM Feb 26 2020 04:18:00      Andrew Sklar,    1200 Laurel Oak Road,    Suite 102,
                 Voorhees, NJ 08043-4317
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 23:59:32      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 23:59:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518506272       EDI: GMACFS.COM Feb 26 2020 04:18:00      Ally Capital,    PO Box 130424,
                 Roseville, MN 55113-0004
518131783      +EDI: GMACFS.COM Feb 26 2020 04:18:00      Ally Financial,    PO Box 130424,
                 Saint Paul, MN 55113-0004
518265215       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 26 2020 00:05:46
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518131785       E-mail/Text: bankruptcy@pepcoholdings.com Feb 25 2020 23:58:48
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
518131786       EDI: BANKAMER2.COM Feb 26 2020 04:18:00      Bank Of America,    PO Box 7047,
                 Dover, DE 19903-7047
518131788      +EDI: CONVERGENT.COM Feb 26 2020 04:18:00      Convergent,   800 SW 39th St PO Box 9004,
                 Renton, WA 98057-9004
518131790       EDI: DISCOVER.COM Feb 26 2020 04:18:00      Discover,    PO Box 15251,
                 Wilmington, DE 19886-5251
518131794      +EDI: IRS.COM Feb 26 2020 04:18:00      IRS,   1601 Market St,    Philadelphia, PA 19103-2301
518265073       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 26 2020 00:06:37
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518131800       E-mail/Text: bkdepartment@rtresolutions.com Feb 25 2020 23:59:41      Real Time Resolutions,
                 1750 Regal Row Drive, Suite 120,    Dallas, TX 75235-2287
518229012       E-mail/Text: bkdepartment@rtresolutions.com Feb 25 2020 23:59:41
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
518131803       EDI: NEXTEL.COM Feb 26 2020 04:18:00      Sprint,    P.O. Box 219718,
                 Kansas City, MO 64121-9718
518131805       EDI: AISTMBL.COM Feb 26 2020 04:18:00      T-Mobile,    PO Box 742596,
                 Cincinnati, OH 45274-2596
518131808       EDI: VERIZONCOMB.COM Feb 26 2020 04:18:00      Verizon,    PO Box 25087,    Attn: Caroline Maher,
                 Wilmington, DE 19899-5087
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Feb 25, 2020
                              Form ID: 309A            Total Noticed: 39

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518253163       +EDI: AIS.COM Feb 26 2020 04:18:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 19


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518131792*        IRS,    PO Box 744,    Springfield, NJ 07081-0744
518131793*        IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 07081
518165813*        IRS,    PO BOX 7346,    PHILADELPHIA   PA 19101-7346
518445759*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
518445760*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518271138*        The Bank of New York Mellon,    NewRez LLC d/b/a Shellpoint Mortgage Ser,    P.O. Box 10826,
                  Greenville, SC 29603-0826
                                                                                           TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```