**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeffrey W. Pierce | Social Security number or ITIN  xxx–xx–3955 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Barbara A. Pierce | Social Security number or ITIN  xxx–xx–9464 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:  19–15684–JNP

## Order of Discharge                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jeffrey W. Pierce                                Barbara A. Pierce

<u>6/19/20</u>                                   **By the court:**   <u>Jerrold N. Poslusny Jr.</u>
                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 19-15684-JNP
Jeffrey W. Pierce                                                Chapter 7
Barbara A. Pierce
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: Jun 19, 2020
                              Form ID: 318                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2020.
db/jdb         +Jeffrey W. Pierce,    Barbara A. Pierce,    76 Laurel Heights Drive,    Bridgeton, NJ 08302-3646
lm              Shellpoint Mortgage Servicing,     Sandra McCay,    PO BOX 10826,    Greenville, SC 29603-0826
cr             +The Bank of New York Mellon, et al,     c/o Stern & Eisenberg, PC,    1040 N. Kings Highway,
                 Suite 407,    Cherry Hill, NJ 08034-1925
518131784      +Ambulatory Care Center,    1133 East Chestnut Avenue,    Vineland, NJ 08360-5054
518131787       Central Credit Services,    P.O. Box 15118,    Re: Radius,    Jacksonville, FL 32239-5118
518131789      +Debt Recovery Solutions,    PO Box 9001,    C/O Verizon,    Westbury, NY 11590-9001
518131791       Diversified Consultants,    PO Box 391,    Southgate, MI 48195
518131795       Lab Corp,    PO Box 2240,    Burlington, NC 27216-2240
518166055      +Midland Credit Management, Inc. as agent for,     Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
518131796       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
518131799      +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
518270512      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
518131797      +Pain Specialists, PA,    1907 New Road,    Northfield, NJ 08225-1544
518131798      +Parker McCay,    9000 Midlantic Drive suite 300,    PO Box 5054,    Mount Laurel, NJ 08054-5054
518131804     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,     P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
518131801      +Seashore Ambulatory Surgery Center,    1907 New Road,    Northfield, NJ 08225-1545
518131802       Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
518440478      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518440479      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518271134       The Bank of New York Mellon,    NewRez LLC d/b/a Shellpoint Mortgage Ser,    P.O. Box 10826,
                 Greenville, SC 29603-0826
518131806      +The Bank of New York Mellon,    400 Bellevue Pkwy,    Wilmington, DE 19809-3710
518131807       Triad Financial,    7755 Center Ave #1190,    Huntington Beach, CA 92647-3007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2020 02:20:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2020 02:20:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518506272       EDI: GMACFS.COM Jun 20 2020 05:18:00      Ally Capital,    PO Box 130424,
                 Roseville, MN 55113-0004
518131783      +EDI: GMACFS.COM Jun 20 2020 05:18:00      Ally Financial,    PO Box 130424,
                 Saint Paul, MN 55113-0004
518265215       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 02:16:28
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518131785       E-mail/Text: bankruptcy@pepcoholdings.com Jun 20 2020 02:19:42
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
518131786       EDI: BANKAMER2.COM Jun 20 2020 05:18:00      Bank Of America,    PO Box 7047,
                 Dover, DE 19903-7047
518131788      +EDI: CONVERGENT.COM Jun 20 2020 05:18:00      Convergent,    800 SW 39th St PO Box 9004,
                 Renton, WA 98057-9004
518131790       EDI: DISCOVER.COM Jun 20 2020 05:18:00      Discover,    PO Box 15251,
                 Wilmington, DE 19886-5251
518131794      +EDI: IRS.COM Jun 20 2020 05:18:00      IRS,    1601 Market St,    Philadelphia, PA 19103-2301
518265073       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 20 2020 02:17:14
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518131800       E-mail/Text: bkdepartment@rtresolutions.com Jun 20 2020 02:20:33      Real Time Resolutions,
                 1750 Regal Row Drive, Suite 120,    Dallas, TX 75235-2287
518229012       E-mail/Text: bkdepartment@rtresolutions.com Jun 20 2020 02:20:33
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
518131803       EDI: NEXTEL.COM Jun 20 2020 05:18:00      Sprint,    P.O. Box 219718,
                 Kansas City, MO 64121-9718
518131805       EDI: AISTMBL.COM Jun 20 2020 05:18:00      T-Mobile,    PO Box 742596,
                 Cincinnati, OH 45274-2596
518131808       EDI: VERIZONCOMB.COM Jun 20 2020 05:18:00      Verizon,    PO Box 25087,    Attn: Caroline Maher,
                 Wilmington, DE 19899-5087
518253163      +EDI: AIS.COM Jun 20 2020 05:18:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 19, 2020
                              Form ID: 318             Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +The Bank of New York Mellon, et. al.,    c/o Stern & Eisenberg, PC,   1040 N. Kings Highway,
                 Suite 407,    Cherry Hill, NJ 08034-1925
518131792*      IRS,    PO Box 744,    Springfield, NJ 07081-0744
518131793*      IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 07081
518165813*      IRS,    PO BOX 7346,    PHILADELPHIA  PA 19101-7346
518445759*     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518445760*     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518271138*      The Bank of New York Mellon,    NewRez LLC d/b/a Shellpoint Mortgage Ser,    P.O. Box 10826,
                 Greenville, SC 29603-0826
                                                                                   TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2020 at the address(es) listed below:

```
              Andrew   Sklar    andy@sklarlaw.com,
               NJ43@ecfcbis.com;sklar@premierremote.com;ecf.alert+Sklar@titlexi.com
              Christopher M. McMonagle    on behalf of Creditor   The Bank of New York Mellon, et al
               cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
              Denise E. Carlon    on behalf of Creditor   Terwin Advisors LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing as
               servicer for The Bank of New York Mellon fka The Bank of New York, as Trustee for the
               Certificateholders of CWALT, Inc., Alternative Loan Trust 2005-1 eholdren@hillwallack.com,
               jhanley@hillwallack.com;hwbknj@hillwallack.com
              Isabel   Balboa    ecfmail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   Terwin Advisors LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Jeffrey W. Pierce mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              Seymour   Wasserstrum    on behalf of Joint Debtor Barbara A. Pierce mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William Edward Miller    on behalf of Creditor   The Bank of New York Mellon, et. al.
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
                                                                                              TOTAL: 11
```