Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19–15684–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jeffrey W. Pierce
76 Laurel Heights Drive
Bridgeton, NJ 08302

Barbara A. Pierce
76 Laurel Heights Drive
Bridgeton, NJ 08302

Social Security No.:
   xxx–xx–3955                                                xxx–xx–9464

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: June 22, 2020            Jerrold N. Poslusny Jr.
                                Judge, United States Bankruptcy Court